FERRIS, Appellant, v. BYRNE, Respondent. (Supreme Court, Appellate Division, Sec-

ond Department. June 13, 1899.) Action by Eugene Ferris, Jr., executor of the estate of Eugene Ferris, deceased, against Mary A. Byrne. No opinion. Decree affirmed, with costs.